GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

| Re: | NATALIE GREGORIO<br>225 LINCOLN AVENUE<br>ELIZABETH, NJ 07208 | Atty: | GOLDMAN & BESLOW, LLC<br>ATTORNEYS AT LAW<br>7 GLENWOOD AVE, SUITE 311B<br>EAST ORANGE, NJ 07017 |
|---|---|---|---|

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 19-17094

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $116,400.00**

### RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/03/2019 | $950.00 | 5831821000 | 06/03/2019 | $950.00 | 5912053000 |
| 07/02/2019 | $950.00 | 5988130000 | 08/16/2019 | $950.00 | 6101188000 |
| 09/23/2019 | $950.00 | 6195569000 | 10/03/2019 | $950.00 | 6228226000 |
| 11/14/2019 | $2,050.00 | 6328795000 | 12/26/2019 | $2,050.00 | 6428185000 |
| 01/28/2020 | $2,050.00 | 6513006000 | 02/27/2020 | $2,050.00 | 6589445000 |
| 03/30/2020 | $2,050.00 | 6668732000 | 05/07/2020 | $2,050.00 | 6775078000 |
| 05/28/2020 | $2,050.00 | 6818006000 | 07/01/2020 | $2,050.00 | 6905982000 |
| 08/03/2020 | $2,050.00 | 6980781000 | 09/02/2020 | $2,050.00 | 7055561000 |
| 10/01/2020 | $2,050.00 | 7125013000 | 11/02/2020 | $2,050.00 | 7201599000 |
| 12/02/2020 | $2,050.00 | 7275795000 | 01/04/2021 | $2,050.00 | 7347273000 |
| 02/01/2021 | $2,050.00 | 7423077000 | 03/01/2021 | $2,050.00 | 7491122000 |
| 04/02/2021 | $2,050.00 | 7569016000 | 05/03/2021 | $2,050.00 | 7637757000 |
| 06/02/2021 | $2,050.00 | 7705456000 | 07/02/2021 | $2,050.00 | 7781878000 |
| 08/02/2021 | $2,050.00 | 7847244000 | 09/02/2021 | $2,050.00 | 7919238000 |
| 10/04/2021 | $2,050.00 | 7986121000 | 11/01/2021 | $2,050.00 | 8053886000 |
| 12/02/2021 | $2,050.00 | 8118708000 | 01/03/2022 | $2,050.00 | 8178707000 |

**Total Receipts: $59,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $59,000.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ABSOLUTE RESOLUTIONS INVESTMENTS, LLC | | | | | | | |
| | 06/15/2020 | $4,258.16 | 850,390 | | 07/20/2020 | $681.35 | 852,176 |
| | 08/17/2020 | $700.28 | 854,052 | | 09/21/2020 | $700.28 | 855,854 |
| | 10/19/2020 | $700.28 | 857,751 | | 11/16/2020 | $700.28 | 859,543 |
| | 12/21/2020 | $700.28 | 861,364 | | 01/11/2021 | $700.27 | 863,167 |
| | 02/22/2021 | $700.28 | 864,821 | | 03/15/2021 | $700.28 | 866,702 |
| | 04/19/2021 | $700.28 | 868,354 | | 05/17/2021 | $700.28 | 870,269 |

**Chapter 13 Case # 19-17094**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 06/21/2021 | $711.63 | 872,067 | | 07/19/2021 | $711.63 | 873,875 |
| | 08/16/2021 | $711.63 | 875,560 | | 09/20/2021 | $711.68 | 877,286 |
| | 10/18/2021 | $711.60 | 879,067 | | 11/17/2021 | $719.20 | 880,778 |
| | 12/13/2021 | $719.19 | 882,412 | | 01/10/2022 | $719.20 | 884,068 |
| CHASE BANK USA, N.A. | | | | | | | |
| | 06/15/2020 | $1,229.99 | 850,533 | | 07/20/2020 | $196.81 | 852,327 |
| | 08/17/2020 | $202.28 | 854,192 | | 09/21/2020 | $202.28 | 856,008 |
| | 10/19/2020 | $202.28 | 857,891 | | 11/16/2020 | $202.28 | 859,688 |
| | 12/21/2020 | $202.28 | 861,507 | | 01/11/2021 | $202.28 | 863,290 |
| | 02/22/2021 | $202.28 | 864,975 | | 03/15/2021 | $202.28 | 866,820 |
| | 04/19/2021 | $202.28 | 868,509 | | 05/17/2021 | $202.28 | 870,408 |
| | 06/21/2021 | $205.56 | 872,217 | | 07/19/2021 | $205.56 | 874,014 |
| | 08/16/2021 | $205.56 | 875,696 | | 09/20/2021 | $205.53 | 877,428 |
| | 10/18/2021 | $205.55 | 879,206 | | 11/17/2021 | $207.75 | 880,913 |
| | 12/13/2021 | $207.80 | 882,545 | | 01/10/2022 | $207.74 | 884,202 |
| DISCOVER BANK | | | | | | | |
| | 06/15/2020 | $2,809.01 | 850,594 | | 07/20/2020 | $449.47 | 852,397 |
| | 08/17/2020 | $461.96 | 854,261 | | 09/21/2020 | $461.96 | 856,078 |
| | 10/19/2020 | $461.96 | 857,956 | | 11/16/2020 | $461.96 | 859,752 |
| | 12/21/2020 | $461.97 | 861,576 | | 01/11/2021 | $461.96 | 863,353 |
| | 02/22/2021 | $461.96 | 865,048 | | 03/15/2021 | $461.96 | 866,886 |
| | 04/19/2021 | $461.96 | 868,582 | | 05/17/2021 | $461.96 | 870,479 |
| | 06/21/2021 | $469.45 | 872,290 | | 07/19/2021 | $469.45 | 874,082 |
| | 08/16/2021 | $469.45 | 875,765 | | 09/20/2021 | $469.48 | 877,508 |
| | 10/18/2021 | $469.43 | 879,277 | | 11/17/2021 | $474.44 | 880,988 |
| | 12/13/2021 | $474.43 | 882,619 | | 01/10/2022 | $474.44 | 884,271 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 06/15/2020 | $2,748.50 | 8,001,591 | | 06/15/2020 | $484.80 | 8,001,591 |
| | 07/20/2020 | $439.79 | 8,001,651 | | 07/20/2020 | $77.59 | 8,001,651 |
| | 08/17/2020 | $452.01 | 8,001,715 | | 08/17/2020 | $79.73 | 8,001,715 |
| | 09/21/2020 | $452.01 | 8,001,772 | | 09/21/2020 | $79.73 | 8,001,772 |
| | 10/19/2020 | $452.01 | 8,001,836 | | 10/19/2020 | $79.73 | 8,001,836 |
| | 11/16/2020 | $452.01 | 8,001,892 | | 11/16/2020 | $79.73 | 8,001,892 |
| | 12/21/2020 | $452.00 | 8,001,947 | | 12/21/2020 | $79.71 | 8,001,947 |
| | 01/11/2021 | $452.00 | 8,002,011 | | 01/11/2021 | $79.75 | 8,002,011 |
| | 02/22/2021 | $452.01 | 8,002,065 | | 02/22/2021 | $79.73 | 8,002,065 |
| | 03/15/2021 | $452.01 | 8,002,123 | | 03/15/2021 | $79.73 | 8,002,123 |
| | 04/19/2021 | $452.01 | 8,002,171 | | 04/19/2021 | $79.73 | 8,002,171 |
| | 05/17/2021 | $452.01 | 8,002,234 | | 05/17/2021 | $79.73 | 8,002,234 |
| | 06/21/2021 | $459.34 | 8,002,277 | | 06/21/2021 | $81.02 | 8,002,277 |
| | 07/19/2021 | $459.34 | 8,002,330 | | 07/19/2021 | $81.02 | 8,002,330 |
| | 08/16/2021 | $459.34 | 8,002,383 | | 08/16/2021 | $81.02 | 8,002,383 |
| | 09/20/2021 | $459.27 | 8,002,432 | | 09/20/2021 | $81.03 | 8,002,432 |
| | 10/18/2021 | $459.41 | 8,002,481 | | 10/18/2021 | $81.02 | 8,002,481 |
| | 11/17/2021 | $464.22 | 8,002,529 | | 11/17/2021 | $81.88 | 8,002,529 |
| | 12/13/2021 | $464.21 | 8,002,581 | | 12/13/2021 | $81.88 | 8,002,581 |
| | 01/10/2022 | $464.22 | 8,002,633 | | 01/10/2022 | $81.88 | 8,002,633 |
| QUICKEN LOANS INC | | | | | | | |
| | 09/16/2019 | $852.10 | 833,114 | | 11/18/2019 | $1,836.35 | 837,197 |
| | 12/16/2019 | $31.53 | 839,117 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,721.07 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,795.90 | 100.00% | 2,795.90 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 19-17094**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0004 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 19,338.27 | * | 11,397.72 | |
| 0008 | CHASE BANK USA, N.A. | UNSECURED | 8,654.13 | * | 5,100.65 | |
| 0009 | CITIBANK/EXXON MOBILE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CITIZENS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | DISCOVER BANK | UNSECURED | 19,764.07 | * | 11,648.66 | |
| 0016 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | DISCOVER PERSONAL LOAN | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | ABSOLUTE RESOLUTIONS INVESTMENT | UNSECURED | 29,960.08 | * | 17,658.06 | |
| 0021 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | QUICKEN LOANS INC | MORTGAGE ARR | 2,719.98 | 100.00% | 2,719.98 | |
| 0025 | SYNCB/SONY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | SYNCHRONY BANK/SHOPNBC | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,411.09 | * | 2,010.44 | |
| 0034 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $57,052.48**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $59,000.00    -    Paid to Claims: $50,535.51    -    Admin Costs Paid: $6,516.97    =    Funds on Hand: $1,947.52

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.