GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

Re:  NATALIE GREGORIO
　　　225 LINCOLN AVENUE
　　　ELIZABETH, NJ  07208

Atty:  GOLDMAN & BESLOW, LLC
　　　　ATTORNEYS AT LAW
　　　　7 GLENWOOD AVE, SUITE 311B
　　　　EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 19-17094

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $116,400.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/03/2019 | $950.00 | 5831821000 | 06/03/2019 | $950.00 | 5912053000 |
| 07/02/2019 | $950.00 | 5988130000 | 08/16/2019 | $950.00 | 6101188000 |
| 09/23/2019 | $950.00 | 6195569000 | 10/03/2019 | $950.00 | 6228226000 |
| 11/14/2019 | $2,050.00 | 6328795000 | 12/26/2019 | $2,050.00 | 6428185000 |
| 01/28/2020 | $2,050.00 | 6513006000 | 02/27/2020 | $2,050.00 | 6589445000 |
| 03/30/2020 | $2,050.00 | 6668732000 | 05/07/2020 | $2,050.00 | 6775078000 |
| 05/28/2020 | $2,050.00 | 6818006000 | 07/01/2020 | $2,050.00 | 6905982000 |
| 08/03/2020 | $2,050.00 | 6980781000 | 09/02/2020 | $2,050.00 | 7055561000 |
| 10/01/2020 | $2,050.00 | 7125013000 | 11/02/2020 | $2,050.00 | 7201599000 |
| 12/02/2020 | $2,050.00 | 7275795000 | 01/04/2021 | $2,050.00 | 7347273000 |
| 02/01/2021 | $2,050.00 | 7423077000 | 03/01/2021 | $2,050.00 | 7491122000 |
| 04/02/2021 | $2,050.00 | 7569016000 | 05/03/2021 | $2,050.00 | 7637757000 |
| 06/02/2021 | $2,050.00 | 7705456000 | 07/02/2021 | $2,050.00 | 7781878000 |
| 08/02/2021 | $2,050.00 | 7847244000 | 09/02/2021 | $2,050.00 | 7919238000 |
| 10/04/2021 | $2,050.00 | 7986121000 | 11/01/2021 | $2,050.00 | 8053886000 |
| 12/02/2021 | $2,050.00 | 8118708000 | 01/03/2022 | $2,050.00 | 8178707000 |
| 02/02/2022 | $2,050.00 | 8248389000 | 02/28/2022 | $2,050.00 | 8303105000 |
| 04/04/2022 | $2,050.00 | 8377206000 | 05/02/2022 | $2,050.00 | 8438749000 |
| 06/02/2022 | $2,050.00 | 8502219000 | 07/05/2022 | $2,050.00 | 8564264000 |
| 08/01/2022 | $2,050.00 | 8621795000 | 09/02/2022 | $2,050.00 | 8682656000 |
| 10/03/2022 | $2,050.00 | 8738205000 | 11/02/2022 | $2,050.00 | 8802970000 |
| 12/01/2022 | $2,050.00 | 8857108000 | 01/03/2023 | $2,050.00 | 8916139000 |

**Total Receipts: $83,600.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $83,600.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 19-17094**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ABSOLUTE RESOLUTIONS INVESTMENTS, LLC | | | | | | | |
| | 06/15/2020 | $4,258.16 | 850,390 | | 07/20/2020 | $681.35 | 852,176 |
| | 08/17/2020 | $700.28 | 854,052 | | 09/21/2020 | $700.28 | 855,854 |
| | 10/19/2020 | $700.28 | 857,751 | | 11/16/2020 | $700.28 | 859,543 |
| | 12/21/2020 | $700.28 | 861,364 | | 01/11/2021 | $700.27 | 863,167 |
| | 02/22/2021 | $700.28 | 864,821 | | 03/15/2021 | $700.28 | 866,702 |
| | 04/19/2021 | $700.28 | 868,354 | | 05/17/2021 | $700.28 | 870,269 |
| | 06/21/2021 | $711.63 | 872,067 | | 07/19/2021 | $711.63 | 873,875 |
| | 08/16/2021 | $711.63 | 875,560 | | 09/20/2021 | $711.68 | 877,286 |
| | 10/18/2021 | $711.60 | 879,067 | | 11/17/2021 | $719.20 | 880,778 |
| | 12/13/2021 | $719.19 | 882,412 | | 01/10/2022 | $719.20 | 884,068 |
| | 02/14/2022 | $719.20 | 885,756 | | 03/14/2022 | $719.21 | 887,471 |
| | 04/18/2022 | $719.20 | 889,165 | | 05/16/2022 | $730.57 | 890,880 |
| | 06/20/2022 | $730.56 | 892,562 | | 07/18/2022 | $730.56 | 894,296 |
| | 08/15/2022 | $730.56 | 895,859 | | 09/19/2022 | $730.56 | 897,461 |
| | 10/17/2022 | $730.52 | 899,135 | | 11/14/2022 | $715.43 | 900,712 |
| | 12/12/2022 | $715.43 | 902,268 | | 01/09/2023 | $715.42 | 903,758 |
| CHASE BANK USA, N.A. | | | | | | | |
| | 06/15/2020 | $1,229.99 | 850,533 | | 07/20/2020 | $196.81 | 852,327 |
| | 08/17/2020 | $202.28 | 854,192 | | 09/21/2020 | $202.28 | 856,008 |
| | 10/19/2020 | $202.28 | 857,891 | | 11/16/2020 | $202.28 | 859,688 |
| | 12/21/2020 | $202.28 | 861,507 | | 01/11/2021 | $202.28 | 863,290 |
| | 02/22/2021 | $202.28 | 864,975 | | 03/15/2021 | $202.28 | 866,820 |
| | 04/19/2021 | $202.28 | 868,509 | | 05/17/2021 | $202.28 | 870,408 |
| | 06/21/2021 | $205.56 | 872,217 | | 07/19/2021 | $205.56 | 874,014 |
| | 08/16/2021 | $205.56 | 875,696 | | 09/20/2021 | $205.53 | 877,428 |
| | 10/18/2021 | $205.55 | 879,206 | | 11/17/2021 | $207.75 | 880,913 |
| | 12/13/2021 | $207.80 | 882,545 | | 01/10/2022 | $207.74 | 884,202 |
| | 02/14/2022 | $207.74 | 885,892 | | 03/14/2022 | $207.75 | 887,602 |
| | 04/18/2022 | $207.74 | 889,310 | | 05/16/2022 | $211.03 | 891,011 |
| | 06/20/2022 | $211.02 | 892,702 | | 07/18/2022 | $211.02 | 894,420 |
| | 08/15/2022 | $211.03 | 895,996 | | 09/19/2022 | $211.03 | 897,595 |
| | 10/17/2022 | $211.01 | 899,261 | | 11/14/2022 | $206.65 | 900,835 |
| | 12/12/2022 | $206.65 | 902,389 | | 01/09/2023 | $206.65 | 903,873 |
| DISCOVER BANK | | | | | | | |
| | 06/15/2020 | $2,809.01 | 850,594 | | 07/20/2020 | $449.47 | 852,397 |
| | 08/17/2020 | $461.96 | 854,261 | | 09/21/2020 | $461.96 | 856,078 |
| | 10/19/2020 | $461.96 | 857,956 | | 11/16/2020 | $461.96 | 859,752 |
| | 12/21/2020 | $461.97 | 861,576 | | 01/11/2021 | $461.96 | 863,353 |
| | 02/22/2021 | $461.96 | 865,048 | | 03/15/2021 | $461.96 | 866,886 |
| | 04/19/2021 | $461.96 | 868,582 | | 05/17/2021 | $461.96 | 870,479 |
| | 06/21/2021 | $469.45 | 872,290 | | 07/19/2021 | $469.45 | 874,082 |
| | 08/16/2021 | $469.45 | 875,765 | | 09/20/2021 | $469.48 | 877,508 |
| | 10/18/2021 | $469.43 | 879,277 | | 11/17/2021 | $474.44 | 880,988 |
| | 12/13/2021 | $474.43 | 882,619 | | 01/10/2022 | $474.44 | 884,271 |
| | 02/14/2022 | $474.45 | 885,969 | | 03/14/2022 | $474.45 | 887,671 |
| | 04/18/2022 | $474.44 | 889,386 | | 05/16/2022 | $481.94 | 891,079 |
| | 06/20/2022 | $481.94 | 892,775 | | 07/18/2022 | $481.94 | 894,487 |
| | 08/15/2022 | $481.94 | 896,062 | | 09/19/2022 | $481.94 | 897,670 |
| | 10/17/2022 | $481.91 | 899,327 | | 11/14/2022 | $471.95 | 900,907 |
| | 12/12/2022 | $471.95 | 902,451 | | 01/09/2023 | $471.95 | 903,939 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 06/15/2020 | $484.80 | 8,001,591 | | 06/15/2020 | $2,748.50 | 8,001,591 |
| | 07/20/2020 | $439.79 | 8,001,651 | | 07/20/2020 | $77.59 | 8,001,651 |
| | 08/17/2020 | $452.01 | 8,001,715 | | 08/17/2020 | $79.73 | 8,001,715 |
| | 09/21/2020 | $452.01 | 8,001,772 | | 09/21/2020 | $79.73 | 8,001,772 |
| | 10/19/2020 | $452.01 | 8,001,836 | | 10/19/2020 | $79.73 | 8,001,836 |
| | 11/16/2020 | $452.01 | 8,001,892 | | 11/16/2020 | $79.73 | 8,001,892 |
| | 12/21/2020 | $452.00 | 8,001,947 | | 12/21/2020 | $79.71 | 8,001,947 |
| | 01/11/2021 | $452.00 | 8,002,011 | | 01/11/2021 | $79.75 | 8,002,011 |
| | 02/22/2021 | $452.01 | 8,002,065 | | 02/22/2021 | $79.73 | 8,002,065 |
| | 03/15/2021 | $452.01 | 8,002,123 | | 03/15/2021 | $79.73 | 8,002,123 |
| | 04/19/2021 | $452.01 | 8,002,171 | | 04/19/2021 | $79.73 | 8,002,171 |
| | 05/17/2021 | $452.01 | 8,002,234 | | 05/17/2021 | $79.73 | 8,002,234 |
| | 06/21/2021 | $459.34 | 8,002,277 | | 06/21/2021 | $81.02 | 8,002,277 |
| | 07/19/2021 | $459.34 | 8,002,330 | | 07/19/2021 | $81.02 | 8,002,330 |
| | 08/16/2021 | $459.34 | 8,002,383 | | 08/16/2021 | $81.02 | 8,002,383 |
| | 09/20/2021 | $459.27 | 8,002,432 | | 09/20/2021 | $81.03 | 8,002,432 |
| | 10/18/2021 | $459.41 | 8,002,481 | | 10/18/2021 | $81.02 | 8,002,481 |
| | 11/17/2021 | $464.22 | 8,002,529 | | 11/17/2021 | $81.88 | 8,002,529 |
| | 12/13/2021 | $464.21 | 8,002,581 | | 12/13/2021 | $81.88 | 8,002,581 |
| | 01/10/2022 | $464.22 | 8,002,633 | | 01/10/2022 | $81.88 | 8,002,633 |
| | 02/14/2022 | $464.22 | 8,002,683 | | 02/14/2022 | $81.90 | 8,002,683 |
| | 03/14/2022 | $464.22 | 8,002,741 | | 03/14/2022 | $81.88 | 8,002,741 |
| | 04/18/2022 | $464.22 | 8,002,785 | | 04/18/2022 | $81.88 | 8,002,785 |
| | 05/16/2022 | $471.56 | 8,002,843 | | 05/16/2022 | $83.18 | 8,002,843 |
| | 06/20/2022 | $471.55 | 8,002,892 | | 06/20/2022 | $83.18 | 8,002,892 |
| | 07/18/2022 | $471.55 | 8,002,950 | | 07/18/2022 | $83.18 | 8,002,950 |
| | 08/15/2022 | $471.55 | 8,002,997 | | 08/15/2022 | $83.18 | 8,002,997 |
| | 09/19/2022 | $471.55 | 8,003,048 | | 09/19/2022 | $83.18 | 8,003,048 |
| | 10/17/2022 | $471.63 | 8,003,103 | | 10/17/2022 | $83.17 | 8,003,103 |
| | 11/14/2022 | $461.77 | 8,003,148 | | 11/14/2022 | $81.45 | 8,003,148 |
| | 12/12/2022 | $461.77 | 8,003,201 | | 12/12/2022 | $81.45 | 8,003,201 |
| | 01/09/2023 | $461.77 | 8,003,257 | | 01/09/2023 | $81.46 | 8,003,257 |
| QUICKEN LOANS INC | | | | | | | |
| | 09/16/2019 | $852.10 | 833,114 | | 11/18/2019 | $1,836.35 | 837,197 |
| | 12/16/2019 | $31.53 | 839,117 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,807.54 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,795.90 | 100.00% | 2,795.90 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 19,338.27 | * | 17,005.08 | |
| 0008 | CHASE BANK USA, N.A. | UNSECURED | 8,654.13 | * | 7,609.97 | |
| 0009 | CITIBANK/EXXON MOBILE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CITIZENS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | DISCOVER BANK | UNSECURED | 19,764.07 | * | 17,379.46 | |
| 0016 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | DISCOVER PERSONAL LOAN | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | ABSOLUTE RESOLUTIONS INVESTMENTS | UNSECURED | 29,960.08 | * | 26,345.28 | |
| 0021 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | QUICKEN LOANS INC | MORTGAGE ARR | 2,719.98 | 100.00% | 2,719.98 | |
| 0025 | SYNCB/SONY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 19-17094**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0029 | SYNCHRONY BANK/SHOPNBC | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,411.09 | * | 2,999.53 | |
| 0034 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $81,662.74**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $83,600.00    -    Paid to Claims: $74,059.30    -    Admin Costs Paid: $7,603.44    =    Funds on Hand: $1,937.26

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.