Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 7, 2023

**Chapter 13 Case # 19-17094**

Re:  NATALIE GREGORIO                          Atty:  GOLDMAN & BESLOW, LLC
     225 LINCOLN AVENUE                                ATTORNEYS AT LAW
     ELIZABETH, NJ 07208                                7 GLENWOOD AVE, SUITE 311B
                                                        EAST ORANGE, NJ 07017

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 05/03/2019 | $950.00 | 5831821000 | 06/03/2019 | $950.00 | 5912053000 |
| 07/02/2019 | $950.00 | 5988130000 | 08/16/2019 | $950.00 | 6101188000 |
| 09/23/2019 | $950.00 | 6195569000 | 10/03/2019 | $950.00 | 6228226000 |
| 11/14/2019 | $2,050.00 | 6328795000 | 12/26/2019 | $2,050.00 | 6428185000 |
| 01/28/2020 | $2,050.00 | 6513006000 | 02/27/2020 | $2,050.00 | 6589445000 |
| 03/30/2020 | $2,050.00 | 6668732000 | 05/07/2020 | $2,050.00 | 6775078000 |
| 05/28/2020 | $2,050.00 | 6818006000 | 07/01/2020 | $2,050.00 | 6905982000 |
| 08/03/2020 | $2,050.00 | 6980781000 | 09/02/2020 | $2,050.00 | 7055561000 |
| 10/01/2020 | $2,050.00 | 7125013000 | 11/02/2020 | $2,050.00 | 7201599000 |
| 12/02/2020 | $2,050.00 | 7275795000 | 01/04/2021 | $2,050.00 | 7347273000 |
| 02/01/2021 | $2,050.00 | 7423077000 | 03/01/2021 | $2,050.00 | 7491122000 |
| 04/02/2021 | $2,050.00 | 7569016000 | 05/03/2021 | $2,050.00 | 7637757000 |
| 06/02/2021 | $2,050.00 | 7705456000 | 07/02/2021 | $2,050.00 | 7781878000 |
| 08/02/2021 | $2,050.00 | 7847244000 | 09/02/2021 | $2,050.00 | 7919238000 |
| 10/04/2021 | $2,050.00 | 7986121000 | 11/01/2021 | $2,050.00 | 8053886000 |
| 12/02/2021 | $2,050.00 | 8118708000 | 01/03/2022 | $2,050.00 | 8178707000 |
| 02/02/2022 | $2,050.00 | 8248389000 | 02/28/2022 | $2,050.00 | 8303105000 |
| 04/04/2022 | $2,050.00 | 8377206000 | 05/02/2022 | $2,050.00 | 8438749000 |
| 06/02/2022 | $2,050.00 | 8502219000 | 07/05/2022 | $2,050.00 | 8564264000 |
| 08/01/2022 | $2,050.00 | 8621795000 | 09/02/2022 | $2,050.00 | 8682656000 |
| 10/03/2022 | $2,050.00 | 8738205000 | 11/02/2022 | $2,050.00 | 8802970000 |
| 12/01/2022 | $2,050.00 | 8857108000 | 01/03/2023 | $2,050.00 | 8916139000 |
| 02/02/2023 | $2,050.00 | 8972888000 | 03/02/2023 | $2,050.00 | 9029388000 |
| 04/03/2023 | $2,050.00 | 9090009000 | 05/02/2023 | $2,050.00 | 9145189000 |
| 05/30/2023 | $2,050.00 | 9192612000 | | | |

**Total Receipts: $93,850.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $93,850.00**

## CLAIMS AND DISTRIBUTIONS

Chapter 13 Case # 19-17094

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 5,412.29 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,795.90 | 100.00% | 2,795.90 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 19,338.27 | 100.00% | 18,852.14 | 486.13 |
| 0008 | CHASE BANK USA, N.A. | UNSECURED | 8,654.13 | 100.00% | 8,436.59 | 217.54 |
| 0009 | CITIBANK/EXXON MOBILE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | CITIZENS BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | DISCOVER BANK | UNSECURED | 19,764.07 | 100.00% | 19,267.27 | 496.80 |
| 0016 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | DISCOVER PERSONAL LOAN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | ABSOLUTE RESOLUTIONS INVESTMENT: | UNSECURED | 29,960.08 | 100.00% | 29,206.99 | 753.09 |
| 0021 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | QUICKEN LOANS INC | MORTGAGE ARRI | 2,719.98 | 100.00% | 2,719.98 | 0.00 |
| 0025 | SYNCB/SONY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | SYNCHRONY BANK/SHOPNBC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,411.09 | 100.00% | 3,325.34 | 85.75 |
| 0034 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $90,016.50**
See Summary

# LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ABSOLUTE RESOLUTIONS INVESTMENTS, LLC | | | | | | | |
| | 06/15/2020 | $4,258.16 | 850390 | | 07/20/2020 | $681.35 | 852176 |
| | 08/17/2020 | $700.28 | 854052 | | 09/21/2020 | $700.28 | 855854 |
| | 10/19/2020 | $700.28 | 857751 | | 11/16/2020 | $700.28 | 859543 |
| | 12/21/2020 | $700.28 | 861364 | | 01/11/2021 | $700.27 | 863167 |
| | 02/22/2021 | $700.28 | 864821 | | 03/15/2021 | $700.28 | 866702 |
| | 04/19/2021 | $700.28 | 868354 | | 05/17/2021 | $700.28 | 870269 |
| | 06/21/2021 | $711.63 | 872067 | | 07/19/2021 | $711.63 | 873875 |
| | 08/16/2021 | $711.63 | 875560 | | 09/20/2021 | $711.68 | 877286 |
| | 10/18/2021 | $711.60 | 879067 | | 11/17/2021 | $719.20 | 880778 |
| | 12/13/2021 | $719.19 | 882412 | | 01/10/2022 | $719.20 | 884068 |
| | 02/14/2022 | $719.20 | 885756 | | 03/14/2022 | $719.21 | 887471 |
| | 04/18/2022 | $719.20 | 889165 | | 05/16/2022 | $730.57 | 890880 |
| | 06/20/2022 | $730.56 | 892562 | | 07/18/2022 | $730.56 | 894296 |
| | 08/15/2022 | $730.56 | 895859 | | 09/19/2022 | $730.56 | 897461 |
| | 10/17/2022 | $730.52 | 899135 | | 11/14/2022 | $715.43 | 900712 |
| | 12/12/2022 | $715.43 | 902268 | | 01/09/2023 | $715.42 | 903758 |
| | 02/13/2023 | $715.42 | 905274 | | 03/13/2023 | $715.42 | 906890 |
| | 04/17/2023 | $715.46 | 908471 | | 05/15/2023 | $715.41 | 910101 |

**Chapter 13 Case # 19-17094**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CHASE BANK USA, N.A. | | | | | | | |
| | 06/15/2020 | $1,229.99 | 850533 | | 07/20/2020 | $196.81 | 852327 |
| | 08/17/2020 | $202.28 | 854192 | | 09/21/2020 | $202.28 | 856008 |
| | 10/19/2020 | $202.28 | 857891 | | 11/16/2020 | $202.28 | 859688 |
| | 12/21/2020 | $202.28 | 861507 | | 01/11/2021 | $202.28 | 863290 |
| | 02/22/2021 | $202.28 | 864975 | | 03/15/2021 | $202.28 | 866820 |
| | 04/19/2021 | $202.28 | 868509 | | 05/17/2021 | $202.28 | 870408 |
| | 06/21/2021 | $205.56 | 872217 | | 07/19/2021 | $205.56 | 874014 |
| | 08/16/2021 | $205.56 | 875696 | | 09/20/2021 | $205.53 | 877428 |
| | 10/18/2021 | $205.55 | 879206 | | 11/17/2021 | $207.75 | 880913 |
| | 12/13/2021 | $207.80 | 882545 | | 01/10/2022 | $207.74 | 884202 |
| | 02/14/2022 | $207.74 | 885892 | | 03/14/2022 | $207.75 | 887602 |
| | 04/18/2022 | $207.74 | 889310 | | 05/16/2022 | $211.03 | 891011 |
| | 06/20/2022 | $211.02 | 892702 | | 07/18/2022 | $211.02 | 894420 |
| | 08/15/2022 | $211.03 | 895996 | | 09/19/2022 | $211.03 | 897595 |
| | 10/17/2022 | $211.01 | 899261 | | 11/14/2022 | $206.65 | 900835 |
| | 12/12/2022 | $206.65 | 902389 | | 01/09/2023 | $206.65 | 903873 |
| | 02/13/2023 | $206.66 | 905405 | | 03/13/2023 | $206.65 | 907017 |
| | 04/17/2023 | $206.66 | 908609 | | 05/15/2023 | $206.65 | 910220 |
| DISCOVER BANK | | | | | | | |
| | 06/15/2020 | $2,809.01 | 850594 | | 07/20/2020 | $449.47 | 852397 |
| | 08/17/2020 | $461.96 | 854261 | | 09/21/2020 | $461.96 | 856078 |
| | 10/19/2020 | $461.96 | 857956 | | 11/16/2020 | $461.96 | 859752 |
| | 12/21/2020 | $461.97 | 861576 | | 01/11/2021 | $461.96 | 863353 |
| | 02/22/2021 | $461.96 | 865048 | | 03/15/2021 | $461.96 | 866886 |
| | 04/19/2021 | $461.96 | 868582 | | 05/17/2021 | $461.96 | 870479 |
| | 06/21/2021 | $469.45 | 872290 | | 07/19/2021 | $469.45 | 874082 |
| | 08/16/2021 | $469.45 | 875765 | | 09/20/2021 | $469.48 | 877508 |
| | 10/18/2021 | $469.43 | 879277 | | 11/17/2021 | $474.44 | 880988 |
| | 12/13/2021 | $474.43 | 882619 | | 01/10/2022 | $474.44 | 884271 |
| | 02/14/2022 | $474.45 | 885969 | | 03/14/2022 | $474.45 | 887671 |
| | 04/18/2022 | $474.44 | 889386 | | 05/16/2022 | $481.94 | 891079 |
| | 06/20/2022 | $481.94 | 892775 | | 07/18/2022 | $481.94 | 894487 |
| | 08/15/2022 | $481.94 | 896062 | | 09/19/2022 | $481.94 | 897670 |
| | 10/17/2022 | $481.91 | 899327 | | 11/14/2022 | $471.95 | 900907 |
| | 12/12/2022 | $471.95 | 902451 | | 01/09/2023 | $471.95 | 903939 |
| | 02/13/2023 | $471.95 | 905477 | | 03/13/2023 | $471.95 | 907088 |
| | 04/17/2023 | $471.97 | 908693 | | 05/15/2023 | $471.94 | 910293 |

**Chapter 13 Case # 19-17094**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 06/15/2020 | $2,748.50 | 8001591 | | 06/15/2020 | $484.80 | 8001591 |
| | 07/20/2020 | $77.59 | 8001651 | | 07/20/2020 | $439.79 | 8001651 |
| | 08/17/2020 | $452.01 | 8001715 | | 08/17/2020 | $79.73 | 8001715 |
| | 09/21/2020 | $79.73 | 8001772 | | 09/21/2020 | $452.01 | 8001772 |
| | 10/19/2020 | $452.01 | 8001836 | | 10/19/2020 | $79.73 | 8001836 |
| | 11/16/2020 | $79.73 | 8001892 | | 11/16/2020 | $452.01 | 8001892 |
| | 12/21/2020 | $452.00 | 8001947 | | 12/21/2020 | $79.71 | 8001947 |
| | 01/11/2021 | $79.75 | 8002011 | | 01/11/2021 | $452.00 | 8002011 |
| | 02/22/2021 | $452.01 | 8002065 | | 02/22/2021 | $79.73 | 8002065 |
| | 03/15/2021 | $79.73 | 8002123 | | 03/15/2021 | $452.01 | 8002123 |
| | 04/19/2021 | $452.01 | 8002171 | | 04/19/2021 | $79.73 | 8002171 |
| | 05/17/2021 | $79.73 | 8002234 | | 05/17/2021 | $452.01 | 8002234 |
| | 06/21/2021 | $459.34 | 8002277 | | 06/21/2021 | $81.02 | 8002277 |
| | 07/19/2021 | $81.02 | 8002330 | | 07/19/2021 | $459.34 | 8002330 |
| | 08/16/2021 | $459.34 | 8002383 | | 08/16/2021 | $81.02 | 8002383 |
| | 09/20/2021 | $81.03 | 8002432 | | 09/20/2021 | $459.27 | 8002432 |
| | 10/18/2021 | $459.41 | 8002481 | | 10/18/2021 | $81.02 | 8002481 |
| | 11/17/2021 | $81.88 | 8002529 | | 11/17/2021 | $464.22 | 8002529 |
| | 12/13/2021 | $464.21 | 8002581 | | 12/13/2021 | $81.88 | 8002581 |
| | 01/10/2022 | $81.88 | 8002633 | | 01/10/2022 | $464.22 | 8002633 |
| | 02/14/2022 | $464.22 | 8002683 | | 02/14/2022 | $81.90 | 8002683 |
| | 03/14/2022 | $81.88 | 8002741 | | 03/14/2022 | $464.22 | 8002741 |
| | 04/18/2022 | $464.22 | 8002785 | | 04/18/2022 | $81.88 | 8002785 |
| | 05/16/2022 | $83.18 | 8002843 | | 05/16/2022 | $471.56 | 8002843 |
| | 06/20/2022 | $471.55 | 8002892 | | 06/20/2022 | $83.18 | 8002892 |
| | 07/18/2022 | $83.18 | 8002950 | | 07/18/2022 | $471.55 | 8002950 |
| | 08/15/2022 | $471.55 | 8002997 | | 08/15/2022 | $83.18 | 8002997 |
| | 09/19/2022 | $83.18 | 8003048 | | 09/19/2022 | $471.55 | 8003048 |
| | 10/17/2022 | $471.63 | 8003103 | | 10/17/2022 | $83.17 | 8003103 |
| | 11/14/2022 | $81.45 | 8003148 | | 11/14/2022 | $461.77 | 8003148 |
| | 12/12/2022 | $461.77 | 8003201 | | 12/12/2022 | $81.45 | 8003201 |
| | 01/09/2023 | $81.46 | 8003257 | | 01/09/2023 | $461.77 | 8003257 |
| | 02/13/2023 | $461.77 | 8003309 | | 02/13/2023 | $81.45 | 8003309 |
| | 03/13/2023 | $81.47 | 8003367 | | 03/13/2023 | $461.77 | 8003367 |
| | 04/17/2023 | $461.72 | 8003414 | | 04/17/2023 | $81.44 | 8003414 |
| | 05/15/2023 | $81.45 | 8003472 | | 05/15/2023 | $461.80 | 8003472 |
| QUICKEN LOANS INC | | | | | | | |
| | 09/16/2019 | $852.10 | 833114 | | 11/18/2019 | $1,836.35 | 837197 |
| | 12/16/2019 | $31.53 | 839117 | | | | |

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: June 07, 2023.

Receipts: $93,850.00      -      Paid to Claims: $81,808.31      -      Admin Costs Paid: $8,208.19      =      Funds on Hand: $3,833.50

Unpaid Balance to Claims: $2,039.31      +      Unpaid Trustee Comp: $0.00      =      Total Unpaid Balance: **($1,794.19)

**NOTE:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT
THE AMOUNT TO COMPLETE THE PLAN.