Certificate Number: 14912-NJ-DE-037512087

Bankruptcy Case Number: 19-17094



14912-NJ-DE-037512087

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 14, 2023, at 4:50 o'clock PM EDT, Nathalia Gregorio completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  June 14, 2023              By:   /s/Jai Bhatt

                                  Name: Jai Bhatt

                                  Title: Counselor